UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH RUZ, | Honorable Madeline Cox Arleo |
| Plaintiff, | Civil Action No. 10-6087 (SDW) |
| | Master Docket No. 09-4414 (SDW) |
| v. | MDL. No. 2158 |
| ZIMMER, INC., a Delaware Corporation, et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

**THIS MATTER** having come before the Court upon the motion of plaintiff, Kenneth Ruz ("plaintiff") to remand the pending action (Docket Entry 21) upon notice to defendants, Zimmer, Inc., and Zimmer Holdings, Inc. ("defendants"), and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on May 26, 2011, and for good cause shown;

**IT IS** on this 26th day of May 2011,

**RECOMMENDED THAT** plaintiff's motion to remand this action to the Superior Court of the State of California, Los Angeles County, (Docket Entry 21), be **GRANTED**; and it is further

**RECOMMENDED THAT** plaintiff's request for an award of attorney's fees, pursuant to 28 U.S.C. § 1447(c), be **DENIED**.

The parties have fourteen (14) days from the date hereof to file objections.

MADELINE COX ARLEO
United States Magistrate Judge

cc:  Hon. Susan D. Wigenton, U.S.D.J.
     Clerk of the Court
     All Parties
     File