UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH RUZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ZIMMER, INC., ZIMMER COOK ASSOCIATES, INC., ZIMMER HOLDINGS, INC., ROGER PROBASCO, ZIMMER INTERMED, INC., XCEL MEDICAL, INC., DOES 1-20,<br><br>　　　　　　　　　Defendants. | Civil Action No. 10-6087 (SDW)(MCA)<br><br>**ORDER**<br><br>July 12, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on April 26, 2011, regarding Plaintiff Kenneth Ruz's motion to remand the pending action to the Superior Court of the State of California, Los Angeles County. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS on this 12th day of July 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on April 26, 2011, is **ADOPTED** by this Court.

**ORDERED** that Plaintiff Ruz's motion seeking to remand the pending matter is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo